UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KANISHA SANDERS,

    Plaintiff,

v.

METROPOLITAN HEALTH,
CORPORATION d/b/a Metro Health,

    Defendant.
_____/

Case No. 1:23-cv-923

HON. JANE M. BECKERING

## ORDER

This matter is before the Court on Plaintiff's Motion for Default Judgment (ECF No. 9) and Notices to withdraw (ECF Nos. 10 & 11).  The Court having reviewed the filings:

**IT IS HEREBY ORDERED** that the Motion for Default Judgment (ECF No. 9) is WITHDRAWN.

Dated: April 23, 2024

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge